IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHAEL VERDUGO,**

    Plaintiff,

v.   Case No. 1:20-cv-01115-KWR-JFR

**MELANIE UKANWA, M.D.,
MIRANDA DURAN, MARI SANCHEZ,
VIDAL CRESPIN, CHANTEL DAVIS,
AND RITA TORRES,**

    Defendants.

## ORDER REMANDING TO STATE COURT

**THIS MATTER** came before the Court on the Stipulated Motion of the parties hereto, the Court having reviewed the motion and the file and in all other matters being fully informed hereby **FINDS,**

The stipulated motion to remand to state court is **WELL-TAKEN**, and it is hereby Ordered that this matter be remanded back to the Fourth Judicial District Court, County of San Miguel, State of New Mexico. Each party shall pay its own attorney's fees and costs related to Plaintiff's motion for remand.

    **IT IS SO ORDERED.**

_____
THE HONORABLE KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

Submitted and approved

MADISON, MROZ, STEINMAN,
KENNY & OLEXY, P.A.

By: */s/ Paul M. Cash*
Gregory D. Steinman

1

Paul M. Cash
P.O. Box 25467
Albuquerque, NM 87125-5467
(505) 242-2177
gds@madisonlaw.com
pmc@madisonlaw.com
*Attorneys for Rita Torres*

And

ORLANDO MARTINEZ LAW, LLC

*Approved via email on 03/15/21*
Orlando C. Martinez, Esq.
P.O. Box 4056
Albuquerque, NM 87196-4056
505-510-4269
ocmlawnm@gmail.com
Attorney for Plaintiff

> */s/ Paul M. Cash*
> Madison, Mroz, Steinman, Kenny & Olexy, P.A.